853 A.2d 231

IN THE MATTER OF MITCHELL L. SINGER, AN ATTORNEY
AT LAW (ATTORNEY NO. 006241990).

July 23, 2004.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 recommending that **MITCHELL L. SINGER** of **NETCONG** who was admitted to the bar of this State in 1990, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **MITCHELL L. SINGER** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **MITCHELL L. SINGER** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **MITCHELL L. SINGER** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.